VICTOR MOORE, Appellant, v. CITIZENS NATIONAL BANK OF FREEPORT, N. Y., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

CHARLES NIEMANN, Appellant, v. WILLIAM SPIWAK and Another, Defendants, and POSWIL REALTY CORPORATION, Respondent.— Motion to resettle order of this court dated June 19, 1936, denied, without costs. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

PAUL CHREKJIAN, Respondent, v. McNERNEY STORAGE & TRANSPORTATION Co., INC., JOHN E. McNERNEY, Appellants.—Action to recover damages for personal injuries sustained by plaintiff as the result of a collision between his motocar and the corporate defendant's truck, of which the individual defendant was the driver. Judgment in favor of plaintiff and against both defendants unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

HOWARD W. COTTON, Respondent, v. DALTON MANUFACTURING CORPORATION and HUBERT DALTON, Appellants.— Order granting in part and denying in part the defendants' motion for a bill of particulars of the complaint modified by including therein items contained in order to show cause numbered 1(c), 1(d), 2(d), 2(e), 3(d), 3(e), 4(d), 4(e), 4(f), 5(c), 5(e), 6(c), 6(d), 8(b), 8(c), 9(b), 9(c), 10(d) and 10(e). As so modified the order, in so far as an appeal is taken therefrom, is affirmed, without costs. We are of opinion that, under the circumstances disclosed by the pleadings, the defendants are entitled to have the information sought, if the plaintiff is in possession of it. The plaintiff is directed to serve the bill of particulars within ten days after the entry of the order hereon. Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ., concur.

LOIS EMMA GALE, an Infant, by MINNIE STARR GALE, Her Guardian ad Litem, Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF POUGHKEEPSIE, Appellant.— Order directing the defendant to submit to an examination before trial, through its officers and employees, and to produce its books and records pertaining to the maintenance and construction of a stairway in a high school building and authorizing the plaintiff to examine such books and records, modified by striking therefrom the names of all witnesses save those of Albert C. Rust, president and secretary of the board of education, J. Schuyler Fox, principal, and Harry B. DeLamater, custodian, and by inserting a provision to the effect that the plaintiff thereafter may apply for an examination of other officers and employees upon a showing that such examination is necessary. As so modified the order is affirmed, without costs; the examination to proceed on five days' notice. Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ., concur.

HOME OWNERS' LOAN CORPORATION, Respondent, v. MARY L. STARK, FRANK M. SWACKER and LORETTA C. SWACKER, His Wife, Appellants.— In an action brought to foreclose a mortgage on real property, order granting the plaintiff's motion to strike out the separate defense contained in paragraphs III, IV and V of the defendants' amended answer, as insufficient in law upon the face thereof, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ., concur.